**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6105

JAMES OPLETON BRADLEY, JR.,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF CORRECTIONS;
NORTH CAROLINA PRISONER LEGAL SERVICES,
INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (CA-04-44-5-FL)

Submitted: July 14, 2005          Decided: August 16, 2005

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Opleton Bradley, Jr., Appellant Pro Se.  Elizabeth F. Parsons, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Michael Stephen Hamden, NORTH CAROLINA PRISONER LEGAL SERVICES, INC., Raleigh, North Carolina; Michael J. Reece, WOODRUFF, REECE & FORTNER, Smithfield, North Carolina, for Appellees

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Opleton Bradley, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bradley v. North Carolina Dep't of Corr., No. CA-04-44-5-FL (E.D.N.C. Dec. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED